# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

**Mark Aussieker, individually and on behalf of others similarly situated,**

Plaintiff,

v.

**Roof Doctors USA, Inc.**

Defendant.

**Case No.:** 2:22−CV−01256−WBS−AC

**ORDER**

Based on the Parties' Stipulation to Dismiss and for good cause shown, this Court hereby orders this above-captioned action is dismissed with prejudice as to Plaintiff's claims and without prejudice as to the claims of the Putative Class. Each party is to bear their own attorneys' fees and costs.

IT IS SO ORDERED.

Dated: December 9, 2022

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE